Dear Clerk united states Jan 10-2010
I am writin this to you conse about
My Right hand getting smash By Sgt,
Price Maze and Counselor Jessie,
Miller and co Ray Maze And,
Counselor Tim Carrall, And about
My Big print Bible getting tore,
up By Counselor Jessie Miller And
About them missin with My Mail,
The way Thay are. The one Is
Missin with It Is co David Miller
and Counselor Tim Carrall and Sgt
Price Maze. And About My Nut
sack gettin cut off By a Nurse,
Work here. If It Not To Late to,
fill a Lawsuit on this mater I wou
Like to fill one. I hope To hear,
Back from you soon from Inmate
Robert Blake DOC 23615. I sent,
Q2 Pod 3 Cell 315
you one Letter and Never Did get,
a respens Back. And About the trustee
Clerk ABBRE Hart Missin with
My Money The way Tha y are.



CIVIL ACTION 2:10-0031
ROBERT BLAKE
V. SGT. PRICE MAZE, ET AL.

FILED
JAN 13 2010
CO

TERE... CLERK
... Court
Southern... West Virginia

Robert Blake #23615.
2pod 3 cell 315.
one Mountainside wuy.
Mount olive Westvirginia.
25185.

Clerk United States,
District court 110 North
Heber Street Room 119.
Buckley,..W.Virginia
25801.



25801*4552